**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | Nathan Jon Lewicki <br> First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–0293 <br> EIN: __–_____ |
| Debtor 2: <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: ____ <br> EIN: __–_____ |
| United States Bankruptcy Court: Northern District of Illinois | | Date case filed for chapter: 7    7/27/22 |
| Case number: 22-08415 | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Nathan Jon Lewicki | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4610 North Clark Street <br> #1055 <br> Chicago, IL 60640 | |
| 4. | **Debtor's attorney** <br> Name and address | Pro Se | Contact phone _____ <br> Email: |
| 5. | **Bankruptcy trustee** <br> Name and address | Gregg Szilagyi <br> 209 S LASALLE ST <br> Suite 950 <br> Chicago, IL 60604 | Contact phone 312–663–0801 <br> Email: gs@tailserv.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 7/28/22 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 24, 2022 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**Appear by Video. See details at www., justice.gov/ust/file/ILN.pdf/download.** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/24/22** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                                                     Case No. 22-08415-ABG
Nathan Jon Lewicki                                                                              Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: admin            Page 1 of 3
Date Rcvd: Jul 28, 2022            Form ID: 309A            Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nathan Jon Lewicki, 4610 North Clark Street, #1055, Chicago, IL 60640-4620 |
| 29856570 | + | Assurant, 23852 Network Place, Chicago, IL 60673-1238 |
| 29856571 | #+ | Check N Go, 6311 South Western Avenue, Chicago, IL 60636-2407 |
| 29856578 | + | Copenhagen Enterprises, 26 Oak Street, Minneapolis, MN 55455 |
| 29856651 | + | Cottrell Green, 2287 Waters Drive, Mendota Heights, MN 55120-1363 |
| 29856641 | + | Navient, 5125 Adanson St Ste 100, Orlando, FL 32804-1329 |
| 29856643 | + | North Central University, 910 Elliot Ave., Minneapolis, MN 55404-1391 |
| 29856658 | + | Safeguard Storage Uptown, 5026 North Sheridan Road, Chicago, IL 60640-3118 |
| 29856654 | + | Sanford Kahn LLP, 180 North LaSalle Street, Chicago, IL 60601-2612 |
| 29856647 | + | Tricap Residential, as Agent for Ravenswood Gardens, 171 North Aberdeen Street, Chicago, IL 60607-1670 |
| 29856650 | + | Trueaccord, 16011 College Boulevard, Lenexa, KS 66219-9877 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QGSZILAGYI.COM | Jul 29 2022 02:18:00 | Gregg Szilagyi, 209 S LASALLE ST, Suite 950, Chicago, IL 60604-1459 |
| 29856565 | + | Email/Text: bncnotifications@pheaa.org | Jul 28 2022 22:23:00 | AES/CSLT, 1200 N 7th St., Harrisburg, PA 17102-1419 |
| 29856566 | + | Email/Text: bncnotifications@pheaa.org | Jul 28 2022 22:23:00 | AES/DEUTSCHE, Po Box 61047, Harrisburg, PA 17106-1047 |
| 29856567 | + | Email/Text: backoffice@affirm.com | Jul 28 2022 22:23:00 | Affirm, 30 Isabella Street, Pittsburgh, PA 15212-5862 |
| 29856568 | + | Email/Text: bankruptcynotices@afterpay.com | Jul 28 2022 22:23:00 | Afterpay, 760 Market Street, San Francisco, CA 94102-2402 |
| 29856569 | | Email/Text: bankruptcy@alliantcreditunion.com | Jul 28 2022 22:23:00 | Alliant Credit Union, Po Box 1666, Des Plaines, IL 60017-1666 |
| 29856576 | | Email/Text: BNCNotice-Forward@cityofchicago.org | Jul 28 2022 22:22:00 | City of Chicago, Office of the City Clerk, 121 N. LaSalle St., Room 107, Chicago IL 60602 |
| 29856572 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 28 2022 22:23:00 | Chrysler Capital, Po Box 961275, Fort Worth, TX 76161-0275 |
| 29856573 | + | EDI: CITICORP.COM | Jul 29 2022 02:18:00 | Citibank, 388 Greenwich Street, New York, NY 10013-2362 |
| 29856577 | + | Email/Text: comedbankruptcygroup@exeloncorp.com | Jul 28 2022 22:23:00 | Commonwealth Edison Co, 3 Lincoln Center, Attn: Bankruptcy Section, Oak Brook Terrace IL 60181-4204 |
| 29856653 | + | EDI: CONVERGENT.COM | | |

Case 22-08415   Doc 11   Filed 07/30/22   Entered 07/30/22 23:10:05   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0752-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2022 | Form ID: 309A | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | Jul 29 2022 02:18:00 | Convergent, 800 SW 39th St, Suite 100, Renton, WA 98057-4927 |
| 29856579 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 28 2022 22:22:24 | Credit One Bank, Po Box 60500, City of Industry, CA 91716-0500 |
| 29856580 | | EDI: DISCOVER.COM | Jul 29 2022 02:18:00 | Discover Bank, Po Box 15316, Wilmington, DE 19850 |
| 29856640 | | EDI: IRS.COM | Jul 29 2022 02:18:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 29856563 | + | Email/Text: bankruptcy@dcu.org | Jul 28 2022 22:23:00 | Digital Fed Credit UNI, 220 Donald Lynch Blvd., Marlborough, MA 01752-4708 |
| 29856581 | + | EDI: PHINGENESIS | Jul 29 2022 02:18:00 | FEB Destiny/GF, 15220 NW Greenbrier Pkwy., Beaverton, OR 97006-5744 |
| 29856582 | + | EDI: BLUESTEM | Jul 29 2022 02:18:00 | Fetti Fingerhut/Webban, 13300 Pioneer Trl, Eden Prairie, MN 55347-4120 |
| 29856583 | + | EDI: AMINFOFP.COM | Jul 29 2022 02:18:00 | First Premier Bank, 601 S Minnesota Ave., Sioux Falls, SD 57104-4868 |
| 29856584 | ^ | MEBN | Jul 28 2022 22:14:17 | Geico, 1 Geico Center, Macon, GA 31296-0001 |
| 29856585 | + | Email/Text: bankruptcy@kikoff.com | Jul 28 2022 22:23:00 | Kikoff Lending LLC, 75 Broadway Ste 226, San Francisco, CA 94111-1458 |
| 29856586 | | Email/Text: customerservice@launchservicing.com | Jul 28 2022 22:22:00 | Launch Servicing LLC, 2300 E 54th St N, Sioux Falls, SD 57104 |
| 29856652 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2022 22:23:00 | Midland Credit Mgmt, Po Box 939069, San Diego, CA 92193-9069 |
| 29856564 | + | EDI: MINNDEPREV.COM | Jul 29 2022 02:18:00 | Minnesota Department of Revenue, 600 N. Robert Street, Mail Station 0010, Saint Paul, MN 55145-0001 |
| 29856642 | + | EDI: NFCU.COM | Jul 29 2022 02:18:00 | Navy Federal CR Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 29856644 | + | Email/Text: bkrgeneric@penfed.org | Jul 28 2022 22:22:00 | Penfed Credit Union, 2930 Eisenhower Avenue, Alexandria, VA 22314-4557 |
| 29856645 | + | Email/Text: ecfbankruptcy@progleasing.com | Jul 28 2022 22:23:00 | Progressive Leasing, 256 West Data Drive, Draper, UT 84020-2315 |
| 29856656 | | EDI: AISTMBL.COM | Jul 29 2022 02:18:00 | T Mobile USA, POB 53410, Bellevue WA 98015-3410 |
| 29856646 | + | EDI: PHINGENESIS | Jul 29 2022 02:18:00 | Tbom/Milestone, Po Box 4499, Beaverton, OR 97076-4499 |
| 29856648 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jul 28 2022 22:23:00 | US Dept of Ed/Glelsi, 2401 International Ln, Madison, WI 53704-3121 |
| 29856649 | ^ | MEBN | Jul 28 2022 22:13:54 | Utility Self-Reported, Po Box 4500, Allen, TX 75013-1311 |
| 29856657 | + | EDI: VERIZONCOMB.COM | Jul 29 2022 02:18:00 | Verizon Wireless, One Verizon Way, Bernards, NJ 07920-1097 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0752-1 | User: admin | Page 3 of 3
Date Rcvd: Jul 28, 2022 | Form ID: 309A | Total Noticed: 42

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Gregg Szilagyi | gs@tailserv.com  gszilagyi@ecf.axosfs.com;gszilagyi@epiqtrustee.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

TOTAL: 2